NUMBER 13-04-00434-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
___________________________________________________________________
 
IN RE TITAN TIRE CORPORATION,
TITAN TIRE CORPORATION OF TEXAS, 
AND TITAN INTERNATIONAL, INC.
__________________________________________________________________

On Petition for Writ of Mandamus
___________________________________________________________________

MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Rodriguez and Wittig


 
Per Curiam Memorandum Opinion




         Relators, Titan Tire Corporation, Titan Tire Corporation of Texas, and Titan
International, Inc., Relators, Titan Tire Corporation, Titan Tire Corporation of Texas,
and Titan International, Inc., filed a petition for writ of mandamus and a motion for
emergency stay in the above cause on August 19, 2004. That same day, the Court
granted the motion, stayed the trial court’s order requiring payment of a $375,000
discovery sanction, and requested a response from real parties in interest.
         Subsequently, the Court granted, or is now granting, motions allowing real
parties in interest an extension of time to file a response, a joint motion to set a new
briefing schedule, an agreed motion to file an amended petition for writ of mandamus,
and a motion to file a response thereto.
         The Court, having examined and fully considered the amended petition for writ
of mandamus and response, is of the opinion that relators have not shown themselves 
entitled to the relief sought and the petition for writ of mandamus should be denied. 
See Tex. R. App. P. 52.8(a). Accordingly, the stay is hereby ordered LIFTED. The
petition for writ of mandamus is DENIED.
                                                                                 PER CURIAM


Memorandum Opinion delivered and filed
this 21st day of October, 2004.